LAURA E DUFFY
United States Attorney
DANIEL E. BUTCHER
Assistant U.S. Attorney
California Bar No. 144624
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7696
Fax: (619) 546-7751
Email: daniel.butcher@usdoj.gov

Attorneys for the Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: LETTER OF REQUEST FROM COURT OF JUSTICE FOR THE FEDERAL DISTRICT, MEXICO | Misc. No.:  14-mc-00280<br><br>**APPLICATION FOR ORDER UNDER 28 U.S.C. § 1782** |
|---|---|

The United States of America, by its undersigned attorneys, petitions this Court for an order pursuant to Section 1782, Title 28, United States Code, in the attached form, appointing Daniel E. Butcher as Commissioner for the purpose of obtaining documents from Merrill Lynch, Pierce, Fenner & Smith, which resides within the jurisdiction of this Court, pursuant to a letter rogatory issued by the above-entitled Court in Mexico.

The undated request in the Spanish language, together with an English translation, is attached.

DATED: March 5, 2014                         Respectfully submitted,

                                             LAURA E. DUFFY
                                             United States Attorney

                                              s/ Daniel E. Butcher
                                             DANIEL E. BUTCHER
                                             Assistant United States Attorney