# ATTACHMENT TO APPLICATION FOR ORDER UNDER 28 U.S.C. § 1782

**EMBASSY OF MEXICO**
**CONSULAR OFFICE**

**No.: WAS-2542**
Ordinary Civil Proceeding

SECRETARÍA DE
RELACIONES EXTERIORES

**SRE**

Washington, D.C., December 20, 2012

**Mr. Robert Hollis**,
Director
Office of Foreign Litigation, Civil Division
U.S. Department of Justice
1100 L Street, NW Room 11006
Washington, DC 20530

Dear Mr. Hollis,

Pursuant to Articles 2 and 9 of The Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, and 87 of the Regulations of the Mexican Foreign Service Law, the undersigned would like to submit the enclosed letter of request for judicial assistance from the Honorable Mr. Eduardo Garcia Ramirez, Ninth Family Judge of the Federal District, to the Competent Judge and/or Authority in San Diego, California. This letter has been issued in Ordinary Civil Proceeding docket number 1829/2011.

The Mexican Judge kindly requests your assistance to obtain from the Merril Lynch, Pierce, Fanner & Smith Incorporated in San Diego, California a report confirming if the account number 1FR-10032 is registered under the name of the deceased Angel Joaquin Perez Murillo, the balance to this date and, specially all the movements registered related to the funds on said account after the death of Mr. Angel Joaquin Perez Murillo on June 15th, 2010, detailing all the references of the persons and/or accounts that received the funds and/or ordered said movements.

The Honorable Mr. Eduardo Garcia Ramirez has provided the originals of the letter of request which summarizes the facts in the case involved and its translation to the English language (and three copies).

Mr. Eduardo Garcia Ramirez, Ninth Family Judge of the Federal District assures reciprocity to the Competent Judge and/or Authority in San Diego, California, in analogous cases, in recognition of the assistance he/she may provide.

I thank you in advance for your kind attention to this matter.

Sincerely,

Anibal Gómez Toledo
Head of the Consular Section

JAOP

JAN -3 2013
189-1-13 (9)

2827 16th. St. NW., Washington, D.C. 20009, Conmutador 202-736-1000, Fax 202-234-4498
http://portal.sre.gob.mx/washington

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

### 1) Sender

Name: Honorable Eduardo Garcia Ramirez, Ninth Family Judge of the Federal District

Address: Please forward all official communiqués to the Embassy of Mexico, Consular Office, 2827 16th Street, NW, Washington, D.C. 20009, Tel. (202) 736-1005.

### 2) Central Authority of the Requesting State

Name: Bertha Sanchez Miranda, Director of International Judicial Assistance, Office of Legal Affairs, Mexican Ministry of Foreign Affairs.

Address: Plaza Juarez No. 20, 5th floor, Col. Centro, C.P. 06010, Mexico, Distrito Federal.

### 3) Person to whom the executed request is to be returned:

Name: Anibal Gómez Toledo, Head of the Consular Section

Address: Embassy of Mexico, Consular Section, 2827 16th Street, NW, Washington, D.C. 20009, Tel. (202) 736-1009

### 4) Central Authority of the Requested State

Name: Robert M. Hollis, Director, Office of Foreign Litigation, Civil Division.

Address: U.S. Department of Justice, 1100 L Street, NW, Room 11006, Washington, D.C. 20530

II

**5) In conformity with Article 3 of the Convention, the undersigned applicant has the honor to submit the following request:**

### 6) (a) Requesting Judicial Authority (Article 3a)

Name: Honorable Mr. Eduardo Garcia Ramirez, Ninth Family Judge of the Federal District, Mexico.

Address: Please forward all official communiqués to the Embassy of Mexico, Consular Office, 2827 16th Street, NW, Washington, D.C. 20009, Tel. (202) 736-1009.

**(b) To the Competent Judge of (Article 3a): Competent Judge and/or Authority in San Diego, California**

7) **Names and addresses of the parties and their representatives (Article 3b)**

   (a) **Plaintiff:**

Name: Perez Murillo Yolanda
Address:
Attorney in fact: Perez Murillo Yolanda

   (b) **Defendants:**

Name:     Angel Joaquin Perez Murillo (su sucesion) y otros

Address:    Please forward all official communiqués to the Embassy of Mexico, Consular Office, 2827 16th Street, NW, Washington, D.C. 20009, Tel. (202) 736-1009.

8) **Nature and purpose of the proceedings and summary of the facts (Article 3c)**

This letter was issued in Ordinary Civil Proceeding in the case of Perez Murillo Yolanda and Angel Joaquin Perez Murillo (su sucesion) y otros, case number 1829/2011. In this lawsuit the petitioner request the Competent Judge and/or Authority in San Diego, California to obtain from the Merril Lynch, Pierce, Fanner & Smith Incorporated in San Diego, California a report confirming if the account number 1FR-10032 is registered under the name of the deceased Angel Joaquin Perez Murillo, the balance to this date and, specially all the movements registered related to the funds on said account after the death of Mr. Angel Joaquin Perez Murillo on June 15th, 2010, detailing all the references of the persons and/or accounts that received the funds and/or ordered said movements.

9) **Evidence to be obtained or other judicial act to be performed**

to obtain from the Merril Lynch, Pierce, Fanner & Smith Incorporated in San Diego, California a report confirming if the account number 1FR-10032 is registered under the name of the deceased Angel Joaquin Perez Murillo, the balance to this date and, specially all the movements registered related to the funds on said account after the death of Mr. Angel Joaquin Perez Murillo on June 15th, 2010, detailing all the references of the persons and/or accounts that received the funds and/or ordered said movements..

III

9) **Identity and address of any person to be examined (Article 3e)**

10) **Special methods or procedures to be followed (Article 3(l) and 9)**

The Ninth Family Judge of the Federal District, requests that the international letter rogatory enclosed, with its translation into English, be forwarded to the Competent Judge and/or Authority in San Diego, California, at his/her earliest convenience shall then forward said response to the U.S. Department of Justice, which shall, in turn, send it back to this Consular Office for the execution of the international request for judicial assistance.

11) **The fees and costs incurred, which are reimbursable under the second paragraph of Article 14 of the Convention, will be borne by:**

The parties: Please notify the Embassy of Mexico, Consular Office, at 2827 16th Street, NW, Washington, D.C. 20009, Tel. (202) 736-1009 of any fee and/or costs incurred.

**Reciprocity**

Mr. Eduardo Garcia Ramirez, Ninth Family Judge of the Federal District, Mexico, assures reciprocity in analogous cases to the Competent Judge and/or Authority in San Diego, California in recognition of the judicial assistance provided.

Signed in Washington D.C. on December 20th, 2012

<div style="text-align:center">
Anibal Gómez Toledo,<br>
Head of the Consular Section
</div>

(Official Seal of the Supreme
Court of Justice for the Federal
District, Mexico)

HAGUE CONVENTION REGARDING THE OBTAINING OF PROOF ABROAD IN CIVIL OR COMMERCIAL MATTERS.

**REQUESTING CENTRAL AUTHORITY:** MINISTRY OF FOREIGN AFFAIRS.

**DOMICILE:** PLAZA JUÁREZ NUMBER 20, ENTRY THROUGH INDEPENDENCE, COLONIA CENTRO, DISTRICT OF CUAUHTÉMOC, MEXICO, FEDERAL DISTRICT, C.P. 06010.

**REQUESTING JURISDICTIONAL ORGAN:** SUPREME COURT OF JUSTICE FOR THE FEDERAL JUSTICE, NINTH FAMILIAR JUDGE FOR THE FEDERAL DISTRICT, MR. EDUARDO GARCÍA RAMÍREZ.

**DOMICILE:** AVENIDA JUÁREZ NUMBER 8, COLONIA CENTRO, DISTRICT OF CUAUHTÉMOC, C.P. 06010, MEXICO, FEDERAL DISTRICT.

**CENTRAL REQUIRED AUTHORITY:** DEPARTMENT OF JUSTICE

**DOMICILE:** 717 D ST NW 203, WASHINGTON, D.C., UNITED STATES.

**FILE:** PÉREZ MURILLO YOLANDA VS. ANGEL JOAQUÍN PÉREZ MURILLO, HIS ESTATE, 1849/2011, SECRETARIAT (ILLEGIBLE) CIVIL ORDINARY.

**PLAINTIFF.**

**REQUESTING PARTY:** PÉREZ MURILLO YOLANDA

**DOMICILE:** EXTREMADURA STREET 46, INTERIOR 403, INSURGENTES MIXCOAC, BENITO JUÁREZ, FEDERAL DISTRICT.

**REPRESENTATIVES OF THE REQUESTING PARTY:** JOSÉ CRISTOPHER LÓPEZ OLGUÍN, LICENSE NUMBER 3197620 AND CRAIG LÓPEZ OLGUÍN, LICENSE NUMBER 5479668.

**DOMICILE:** EXTREMADURA STREET 46, INTERIOR 403, INSURGENTES MIXCOAC, BENITO JUÁREZ, FEDERAL DISTRICT.

**DEFENDANT:** ANGEL JOAQUIN PEREZ MURILLO, THROUGH HIS EXECUTOR, ALICIA PÉREZ BORGATA.

**DOMICILE:** CALLE DE LERDO, NUMBER 231, HOUSE 8, COLONIA BARRANCA SECA, DELEGACIÓN MAGDALENA CONTRERAS, MEXICO, FEDERAL DISTRICT.

**NATURE OF THE COMPLAINT:** ORDINARY CIVIL PROCEEDING

**PURPOSE OF THE COMPLAINT:** EXPANSION OF THE INVENTORIES OF THE ESTATE OF ANGEL JOAQUÍN PÉREZ MURILLO, REGARDING ALL MONEY IN CASH AND

ANA GABRIELA VELÁZQUEZ ROCH, certified English-Spanish-English translator, duly authorized by the H. Tribunal Superior de Justicia del Distrito Federal (SUPERIOR COURT OF JUSTICE OF THE FEDERAL DISTRICT), as per the Federal Official Gazette dated June 1st, 2009, hereby certify that, the above is a true and exact translation, to the best of my knowledge, of the document submitted to me in Spanish. Mexico City, September 26th, 2012.

INTERESTS THEREON IN BANK ACCOUNTS, INVESTMENTS AND SECURITIES ACCOUNTS IN MEXICO OR ABROAD, AS A CONSEQUENCE OF THE SETTLEMENT, IF ANY, OF THE CORRESPONDING ASSETS.

**PRESENTATION OF FACTS:**

The complaint submitted by YOLANDA PÉREZ MURILLO, on her own right, says: ... I come to demand from the Estate of my deceased brother, who in life was called Angel Joaquín Pérez Murillo, represented by the executor Alicia Pérez Borgatta, who has her domicile to be summoned in this proceeding in Lerdo street number 231, house number eight, Colonia Barranca Seca, District of Magdalena Contreras, Mexico, Federal District, the following:

### REQUESTS

a) Expansion of the inventories of the estate of my deceased brother Angel Joaquín Pérez Murillo, regarding all money in cash and interests thereon that the testator might have had in bank accounts, investments and securities accounts, in the country or abroad, due to the reasons and causes that are explained hereinafter.

b) As a consequence of the expansion of the inventories requested above, the allocation, if any, of the assets that as a result of this proceeding may be added to the inventories, in terms of the provisions of the testament granted by my deceased brother Angel Joaquín Pérez Murillo, and particularly, the First clause, paragraph 3, thereof.

I base my complaint in the following facts:

### FACTS

Pursuant to the death of Angel Joaquín Pérez Murillo on the fifteenth day of (illegible) two thousand ten in this City of Mexico, Federal District, by means of public instrument number 49,410 dated August twenty four two thousand ten, granted before the faith of Mr. Rogelio Magaña Luna, Notary Public number 156 for the Federal District, the express statement of processing my deceased brother's probate was acknowledged, as well as the validity of the open public testament granted by the *de cujus* through public instrument number 14, 588 dated August nine one thousand nine hundred ninety one, in which First clause, paragraph 3, he appointed the undersigned as a heir of ten percent of all the money in cash and interests thereon that the testator might have in bank accounts, investments and securities accounts, in the country or abroad, of the patrimonial rights deriving therefrom, the acceptance of legacies; the acceptance of the estate, as well as the acceptance of the executor's office.

Public instruments 49613, 49659, 49699 and 50017 evidenced the notarization of the inventory and valuation, allocations by inheritance and purchases of properties located in La Joya street number two hundred and thirty four, colonia Tepepan, district of Tlalpan, Mexico, Federal District, Azores, lot sixteen, block three hundred ninety one "A", colonia Portales, district of Benito Juárez, Mexico, Federal District, apartment number one thousand one hundred two, level tenth, Torreblanca building, Torreblanca del Sol Group, located in Majahua street, number 25, colonia Puerto Márquez, Acapulco, State of Guerrero, and house number fifty two of the Retorno de las Rosas street, Section VI or Lake, Fraccionamiento Lomas de Cocoyoc, Municipality of Atlatlahuacan, State of Morelos, forming part of the estate of my deceased brother Angel Joaquín Pérez Murillo.

In the inventory of my deceased brother Angel Joaquín Pérez Murillo's estate, bank accounts of which I have knowledge he was the holder have been omitted, and as a consequence thereof, compliance with the First clause, paragraph 3 of the Open Public Testament granted by my brother pursuant to public instrument number 14,588 dated August nine one thousand nine hundred ninety one, granted before Mr. Rogelio Magaña Luna, Notary Public Number 156 for the Federal District, where he appointed me a heir of ten percent of all the money in cash and interests thereon that the testator might have in bank accounts, investments and securities accounts, in the country or abroad, has also been omitted.

**IT IS NOT OMITTED TO MENTION THAT ONE INVESTMENT ACCOUNT OF WHICH THE UNDERSIGNED HAS KNOWLEDGE, IS NUMBER 1FR-10032, MAINTAINED WITH MERRIL LYNCH, PIERCE, FANNER & SMITH INCORPORATED, OF WHICH AN ORIGINAL STATEMENT OF ACCOUNT ISSUED TWO MONTHS BEFORE THE PROBATE'S AUTHOR'S DEATH IS ATTACHED; CONSIDERING THAT THE REFERENCED INSTITUTION (MERRIL LYNCH, PIERCE, FANNER & SMITH INCORPORATED) IS LOCATED IN THE UNITED STATES OF AMERICA, WITH THE PURPOSE OF KNOWING THE STATUS OF THE ABOVE MENTIONED ACCOUNT, I RESPECTFULLY REQUEST YOUR HONOR THAT, THROUGH THE CORRESPONDING LEGAL AND DIPLOMATIC MEANS, MERRIL LYNCH, PIERCE, FANNER & SMITH INCORPORATED, WITH DOMICILE AT 701B STREET (24), SAN DIEGO, CALIFORNIA, UNITED STATES OF AMERICA, ZIP CODE 92101, BE REQUESTED TO INFORM IN DETAIL, THE STATUS OF THE MENTIONED ACCOUNT, AS WELL AS THE BALANCE TO DATE AND MOVEMENTS, OPERATIONS, TRANSFERENCES, COLLECTIONS AND PAYMENTS THAT SINCE THE DEATH OF MY DECEASED BROTHER HAVE BEEN CARRIED OUT REGARDING THE MENTIONED ACCOUNTS, SPECIFYING IN DETAIL THE NAME OF THE HOLDER OF THE DIFFERENT ACCOUNT TO WHERE THE FUNDS HAVE BEEN DIRECTED, IF APPLICABLE, AS WELL AS THE NAME OF THE PERSON WHO ORDERED THE OPERATION AND QUALITY WITH WHICH HE OR SHE APPEARED, BEING REQUIRED TO PRESENT FOR THAT PURPOSE, AUTHORIZED COPIES OF THE DOCUMENTS EVIDENCING THE INFORMATION; THE FOREGOING CONSIDERING THAT THE AMOUNTS IN CASH THAT MIGHT BE FOUND IN THE REFERENCED ACCOUNTS FORM PART OF THE ESTATE OF MY DECEASED BROTHER OF WHICH I AM BENEFICIARY IN TERMS OF THE GRANTED TESTAMENT.**

In connection the above, the following admission order was issued, same that reads: Mexico City, Federal District, October six, two thousand eleven. With the writ, documents and simple copies that are attached, a file must be prepared and recorded with the government book under the number that might correspond. <u>YOLANDA PÉREZ MURILLO</u> is hereby suing in a CIVIL ORDINARY PROCEEDING, ANGEL JOAQUÍN PÉREZ MURILLO (HIS ESTATE TODAY), GUADALUPE SOLSONA ANTON and ANGEL JOAQUÍN PÉREZ ORTEGA, ordering the summon of the rest of the mentioned parties, based on the fact that since there has been an award the executor's office has terminated, by reason of which the provisions that are indicated are being demanded based on articles 355, 256 and other applicable provisions of the Code of Civil Proceedings, the complaint is hereby admitted, and with the simple copies attached may summon be made to the defendant in order for him or her to answer within a term of FIFTEEN DAYS, being warned that if he or she does not answer, he or she shall be declared in rebelliousness and the complaint shall be considered answered in a negative manner and the last paragraph of article 271 of the mentioned Code shall be applicable. It is hereby ordered to reserve the evidences that are offered for

ANA GABRIELA VELÁZQUEZ ROCH, certified English-Spanish-English translator, duly authorized by the H. Tribunal Superior de Justicia del Distrito Federal (SUPERIOR COURT OF JUSTICE OF THE FEDERAL DISTRICT), as per the Federal Official Gazette dated June 1st, 2009, hereby certify that, the above is a true and exact translation, to the best of my knowledge, of the document submitted to me in Spanish. Mexico City, September 26th, 2012.

admission for the opportune procedural moment. Regarding the official communication requested in the THIRD request and based on the fact that the request thereof has been evidenced without proving the denial to the issuance thereof, it is not possible to issue an approval order. Regarding the official communication being requested in fact 8, section B) last paragraph, regarding the ordering of isms *(sic)* the FEDERAL TAXPAYERS REGISTRY or UNIQUE CODE shall be indicated.- Official communications shall be issued to the CC. LEGAL REPRESENTATIVES OF THE BROKERAGE HOUSE BANORTE, S.A. DE C.V., GRUPO FINANCIERO BANORTE AND OF THE COMPANY MERILL LYNCH, PIERCE, FANNER & SMITH INCORPORATED so that they inform the names of the beneficiaries and the percentage corresponding to each of them, as well as the balance, operations, transferences, collections and payments within the accounts under the name of ANGEL JOAQUÍN PÉREZ MURILLO, within a term of FIVE DAYS; being obligated to attach simple copies of the annexes referred to in such accounts.- Considering that the domicile of the second company is in **SAN DIEGO, CALIFORNIA, UNITED STATES OF AMERICA, with the necessary inserts, may a ROGATORY LETTER** be prepared, same that shall remain at the disposal of the interested party, so that in aid of this Court's tasks, the Judge of such jurisdiction can issue the so ordered official communication.- Considering that the domicile to summon ANGEL JOAQUÍN PÉREZ ORTEGA AND GONTRAN MAURICIO PÉREZ ORTEGA *(sic)* defendant, is outside of the limits of this Court's jurisdiction, with the necessary inserts, may a **formal request be issued to the C. COMPETENT JUDGE IN QUERETARO AND COLIMA,** so that in aid of this Court's tasks, **he may respectively summon the defendants ANGEL JOAQUÍN PÉREZ ORTEGA AND GONTRAN MAURICIO PÉREZ ORTEGA,** requiring, upon making the notification that upon answering the complaint a domicile to hear and receive notices be indicated within the limits of this Court's jurisdiction, under penalty of having any subsequent notices being notified through the judicial bulletin, the foregoing pursuant to the provisions of articles 112 and 113 of the corresponding procedural code.- Based on article 109 of the above mentioned legal code, it is approved -----------------------------------------------------------------------------------------------------
Mexico City, Federal District, October sixth, year two thousand eleven.------------------------------
With the motion under review and enclosures, documents and attached simple copies, may the file be conformed and recorded in the book of Government under the number that might correspond. **YOLAND PEREZ MURILLO** is suing in an ORDINARY CIVIL PROCEEDING from **ANGEL JOAQUÍN PÉREZ MURILLO (HIS ESTATE TODAY), from GUADALUPE SOLSONA ANTON and ANGEL JOAQUÍN PÉREZ ORTEGA**, and it is hereby ordered to summon them, due to the fact that it is inferred that the Executor's office has ended because the allocation of assets has been completed, by reason of which the allowances that are indicated shall be considered requested based on articles 255, 256 and other relative and applicable provisions of the Code of Civil Procedures, the submitted complaint is admitted, with the simple copies presented may summon be made to the defendant so that he can answer within a term of FIFTEEN DAYS, under penalty of being declared in rebelliousness and the complaint being considered as answered in a negative manner and the last paragraph of article 271 of the mentioned Code shall be applicable. It is hereby ordered to reserve the evidences that are offered for admission for the opportune procedural moment. Regarding the official communication requested in the THIRD request and based on the fact that the request thereof has been evidenced without proving the denial of their issuance, it is not possible to issue an approval order. Regarding the official communication being requested in fact 8, section B), last paragraph, regarding the ordering thereof, the FEDERAL TAXPAYERS REGISTRY or UNIQUE CODE OF THE *DE CUJUS* shall be indicated in order to avoid reports from homonyms. Official communications shall be issued to the CC. LEGAL REPRESENTATIVES OF THE BROKERAGE HOUSE BANORTE, S.A. DE C.V., GRUPO FINANCIERO BANORTE AND OF THE COMPANY MERILL LYNCH, PIERCE, FANNER &

ANA GABRIELA VELÁZQUEZ ROCH, certified English-Spanish-English translator, duly authorized by the H. Tribunal Superior de Justicia del Distrito Federal (SUPERIOR COURT OF JUSTICE OF THE FEDERAL DISTRICT), as per the Federal Official Gazette dated June 1st, 2009, hereby certify that, the above is a true and exact translation, to the best of my knowledge, of the document submitted to me in Spanish. Mexico City, September 26th, 2012.

SMITH INCORPORATED so that they inform the names of the beneficiaries and the percentage corresponding to each of them, as well as the balance, operations, transferences, collections and payments within the accounts under the name of ANGEL JOAQUÍN PÉREZ MURILLO, within a term of FIVE DAYS, being obligated to attach simple copies of the annexes referred to in such accounts.- Considering that the domicile of the second company is in **SAN DIEGO, CALIFORNIA, UNITED STATES OF AMERICA, with the necessary inserts, may a ROGATORY LETTER** be prepared, same that shall remain at the disposal of the interested party, so that in aid of this Court's tasks, the Judge of such jurisdiction can issue the so ordered official communication.- Considering that the domicile to summon ANGEL JOAQUÍN PÉREZ ORTEGA AND GONTRAN MAURICIO PÉREZ ORTEGA, is outside of the limits of this Court's jurisdiction, with the necessary inserts may <u>a **formal request be issued to the C. COMPETENT JUDGE IN QUERETARO AND COLIMA,** so that in aid of this Court's tasks, **he may respectively summon the defendants ANGEL JOAQUÍN PÉREZ ORTEGA AND GONTRAN MAURICIO PÉREZ ORTEGA**</u>, requiring, when making the notification, that upon answering the complaint, a domicile to hear and receive notices be indicated within the limits of this Court's jurisdiction, under penalty of having any subsequent notices being notified through the judicial bulletin, the foregoing pursuant to the provisions of articles 112 and 113 of the procedural code in the subject.- Based on article 109 of the above mentioned legal code, full jurisdiction is granted in order for the instructed Judge to apply the cautionary measures and agree on the promotions tending to comply with this order. Based on article 134 of the Code of Civil Procedures, the latter is granted ONE ADDITIONAL DAY and GONTRAN MAURICIO PEREZ ORTEGA is granted FOUR ADDITIONAL DAYS to answer the complaint in view of the distance.- The domicile to hear and receive notices is considered as indicated.- The attorney whose license is indicated is authorized in terms of the fourth paragraph of article 112 of the Code of Civil Procedures, who for such purpose shall record his license before this Court on the first proceeding in which he participates, with the understanding that such authority is recognized only to push the proceeding forward, and therefore, the attorney-in-fact may not carry out acts of domain, nor administration, and therefore, in case of executing a judicial agreement, to collect securities or else, in case of abandonment, such authority shall be ratified by the promoting party before the judge.- The mentioned person is authorized, except to receive securities, due to the fact that for that purpose a notarized power of attorney with a special clause is required.---------------------------------------------

--- Based on article 28 of the Regulations of the Institutional System of Records of the Federal District's Supreme Court of Justice and Judicial Board, the parties are informed that once this proceeding is terminated, we will proceed to its destruction within a term of six months counted from the date of notification of the resolution by which this proceeding is ended, by reason of which the parties that might have presented or that may present any evidences, samples or documents, once the proceeding is terminated, shall request from this Court the devolution thereof. Likewise, it is informed that the mentioned Regulations are at the disposal of any interested party for his or her knowledge in the records of this Court.-------

---Based on article 17, insert I, paragraph g), 38 and 39, second paragraph of the Law of Transparency and Access to Public Information of the Federal District, the interested parties are required to grant their consent in writing within a term of three days counted from the date on which this communication produces effects, in order to restrict any public access to their confidential information, with the understanding that their omission shall be considered a denial in order for such information to be considered public.------------------------------------

---The parties are informed that the Supreme Court of Justice for the Federal District, moved by its interest that persons involved in a litigation have another option to solve their conflicts, has implemented, as an alternative form of solution of controversies, the Mediation, creating for that purpose the Center of Alternative Justice of the Supreme Court of Justice for the

ANA GABRIELA VELÁZQUEZ ROCH, certified English-Spanish-English translator, duly authorized by the H. Tribunal Superior de Justicia del Distrito Federal (SUPERIOR COURT OF JUSTICE OF THE FEDERAL DISTRICT), as per the Federal Official Gazette dated June 1st, 2009, hereby certify that, the above is a true and exact translation, to the best of my knowledge, of the document submitted to me in Spanish. Mexico City, September 26th, 2012.

Federal District, located in Niños Héroes 133, corner with Doctor Navarro, Colonia Doctores, District of Cuauhtémoc, telephone number 5134 14 60, where they will be attended without any cost. The foregoing, based on articles 2, 5, 6 first and second paragraphs and 9, insert VII, of the Law of Alternative Justice of the Supreme Court of Justice for the Federal District. MAY IT BE NOTIFIED.- It was issued and signed by C. Ninth Familiar Judge, before the C. Conciliatory Secretary, pursuant to article 60 of the Organic Law of this H. Court that authorizes and gives faith. I ATTEST.

-------------------------------------------------------SIGNATURES-------------------------------------------------

**THE AUTHORITY THAT SIGNS REQUESTS THAT THE REQUIRED AUTHORITY DEMANDS FROM MERILL, LYNCH, PIERCE, FANNER & SMITH INCORPORATED, WITH DOMICILE IN: 701B STREET (24), SAN DIEGO CALIFORNIA, UNITED STATES OF AMERICA, ZIP CODE 92101, THE COMPLIANCE OF THE FOLLOWING:**

DETAILED REPORT OF THE STATUS OF THE INVESTMENT ACCOUNT 1FR-10032 MAINTAINED WITH MERILL, LYNCH, PIERCE, FANNER & SMITH INCORPORATED, AS WELL AS THE BALANCE THEREOF AND THE MOVEMENTS THEREIN,

(SIC)

DEATH OF MY DECEASED BROTHER HAVE OCCURRED, SPECIFYING IN DETAIL THE NAME OF THE HOLDER OF THE ACCOUNT WHERE THE FUNDS MAY HAVE BEEN DIRECTED, AS WELL AS THE NAME OF THE PERSON WHO MAY HAVE ORDERED THE OPERATION AND QUALITY WITH WHICH HE OR SHE APPEARED, BEING REQUIRED TO PRESENT FOR THAT PURPOSE, AUTHORIZED COPIES OF THE DOCUMENTS EVIDENCING THE INFORMATION.

AND ANYTHING ELSE IN ORDER FOR MY MANDATE TO HAVE ITS MOST EXACT AND TRUE COMPLIANCE ON BEHALF OF THE BRANCHES OF GOVERNMENT, MINE AND PURSUANT TO THE CORRESPONDING INTERNATIONAL TREATIES, I URGE YOU THAT AFTER RECEIVING THIS ROGATORY LETTER, IN AID OF THIS COURT'S TASKS, YOU ORDER TO WHOM IT MAY CORRESPOND THAT IT BE COMPLIED IN ITS TERMS AND THEREAFTER BE RETURNED WITH THE CORRESPONDING NOTES, I PRESENT MY MOST DISTINGUISHED CONSIDERATION IN MEXICO CITY, FEDERAL DISTRICT, ON THE EIGHTH DAY OF NOVEMBER TWO THOUSAND ELEVEN.

THE C. NINTH FAMILIAR JUDGE
OF THE FEDERAL DISTRICT


(Illegible signature)
MR. EDUARDO GARCÍA RAMÍREZ


THE C. "A" COURT'S CLERK

(Illegible signature)
MS. NORMA VALDÉZ GARCÍA

ANA GABRIELA VELÁZQUEZ ROCH, certified English-Spanish-English translator, duly authorized by the H. Tribunal Superior de Justicia del Distrito Federal (SUPERIOR COURT OF JUSTICE OF THE FEDERAL DISTRICT), as per the Federal Official Gazette dated June 1st, 2009, hereby certify that, the above is a true and exact translation, to the best of my knowledge, of the document submitted to me in Spanish. Mexico City, September 26th, 2012.

LFC

A seal that reads "Supreme Court of Justice for the Federal District, Mexico, United Mexican States, NINTH FAMILIAR COURT" is contained in each page.

ANA GABRIELA VELÁZQUEZ ROCH, certified English-Spanish-English translator, duly authorized by the H. Tribunal Superior de Justicia del Distrito Federal (SUPERIOR COURT OF JUSTICE OF THE FEDERAL DISTRICT), as per the Federal Official Gazette dated June 1st, 2009, hereby certify that, the above is a true and exact translation, to the best of my knowledge, of the document submitted to me in Spanish. Mexico City, September 26th, 2012.

------------------------Mexico, Federal District, March thirteen, two thousand twelve.------------------
------------------------In the records of the case there is the plaintiff's writ and copies thereof, he is considered as resolving the notice given by the court and, consequently, as he requests it, the Rogatory Letter ordered in the records of the case dated October six, two thousand eleven shall be sent again, being necessary to insert therein that it is ordered to comply with The Hague Convention regarding the obtaining of proofs abroad in civil or commercial matters, by reason of which the ordered rogatory letter shall be prepared in triplicate, and sent to the DEPARTMENT OF JUSTICE OF THE UNITED STATES OF AMERICA, being subject to the requirements referred to in the official communication contained in page 373 of the case's records. Be it notified. The Ninth Family Judge so ordered it and signed it.- I attest.------------------------------------------------------------------------------------------------------------

ANA GABRIELA VELÁZQUEZ ROCH, certified English-Spanish-English translator, duly authorized by the H. Tribunal Superior de Justicia del Distrito Federal (SUPERIOR COURT OF JUSTICE OF THE FEDERAL DISTRICT), as per the Federal Official Gazette dated June 1st, 2009, hereby certify that, the above is a true and exact translation, to the best of my knowledge, of the document submitted to me in Spanish. Mexico City, September 26th, 2012.

Case 3:14-mc-00280-BTM   Document 1-1   Filed 03/06/14   Page 14 of 19



CARTA ROGATORIA

"CONVENIO DE LA HAYA SOBRE LA OBTENCIÓN DE PRUEBAS EN EL EXTRANJERO EN MATERIA CIVIL O COMERCIAL".

AUTORIDAD CENTRAL REQUIRENTE: SECRETARÍA DE RELACIONES EXTERIORES.

DOMICILIO: PLAZA JUÁREZ, NÚMERO 20, ENTRADA POR INDEPENDENCIA, COLONIA CENTRO, DELEGACIÓN CUAUHTEMOC, MÉXICO, DISTRITO FEDERAL, C.P. 06010.

ORGANO JURISDICCIONAL REQUIRIENTE: TRIBUNAL SUPERIOR DE JUSTICIA DEL DISTRITO FEDERAL, JUEZ NOVENO FAMILIAR DEL DISTRITO FEDERAL, LICENCIADO EDUARDO GARCÍA RAMÍREZ.

DOMICILIO: AVENIDA JUAREZ, NUMERO 8, COLONIA CENTRO, DELEGACIÓN CUAUHTEMOC, C.P. 06010, MÉXICO, DISTRITO FEDERAL.

AUTORIDAD CENTRAL REQUERIDA: DEPARTAMENTO DE JUSTICIA DE LOS ESTADOS UNIDOS DE AMÉRICA.

DOMICILIO: 717 D ST NW # 203, WASHINGTON, DC, ESTADOS UNIDOS.

EXPEDIENTE: PÉREZ MURILLO YOLANDA VS ANGEL JOAQUÍN PÉREZ MURILLO SU SUCESIÓN, 1849/2011, SECRETARÍA "A" ORDINARIO CIVIL.

ACTOR.

PARTE SOLICITANTE: PÉREZ MURILLO YOLANDA.

DIRECCIÓN: CALLE DE EXTREMADURA 46, INTERIOR 403, INSURGENTES MIXCOAC, BENITO JUÁREZ, DISTRITO FEDERAL.

APODERADOS DEL SOLICITANTE: JOSÉ CRISTOPHER LÓPEZ OLGUÍN, CÉDULA PROFESIONAL NÚMERO 3197620 Y CRAIG LÓPEZ OLGUÍN, CÉDULA PROFESIONALE NÚMERO 5479668.

DIRECCIÓN: CALLE DE EXTREMADURA 46, INTERIOR 403, INSURGENTES MIXCOAC, BENITO JUÁREZ, DISTRITO FEDERAL.

DEMANDADO: ANGEL JOAQUÍN PÉREZ MURILLO, POR CONDUCTO DE SU ALBACEA ALICIA PÉREZ BORGATA.

DOMICILIO: CALLE DE LERDO, NÚMERO 231, CASA 8, COLONIA BARRANCA SECA, DELEGACIÓN MAGDALENA CONTRERAS, MÉXICO, DISTRITO FEDERAL.

NATURALEZA DE LA DEMANDA: JUICIO ORDINARIO CIVIL.

OBJETO DE LA DEMANDA: AMPLIACIÓN DE LOS INVENTARIOS DE LA SUCESIÓN ÁNGEL JOAQUÍN PÉREZ MURILLO, RESPECTO DE TODO EL DINERO EN EFECTIVO Y LOS INTERESES QUE TUVIERA EN CUENTAS BANCARIAS, INVERSIONES Y CUENTAS BURSÁTILES, EN MÉXICO O EN EL EXTRANJERO, COMO CONSECUENCIA, LA ADJUDICACIÓN EN SU CASO, DE LOS BIENES QUE SEAN ADICIONADOS A LOS INVENTARIOS.

EXPOSICIÓN DE LOS HECHOS:

El escrito de demanda presentado por YOLANDA PÉREZ MURILLO por su propio derecho dice:..., vengo a demandar de la Sucesión de mi finado hermano, quien en vida llevó por nombre Ángel Joaquín Pérez Murillo, representada por la albacea Alicia Pérez Borgatta, quien tiene su domicilio para ser emplazada al presente juicio en el inmueble ubicado en la calle de Lerdo número 231, casa ocho, colonia Barranca Seca, delegación Magdalena Contreras, México, Distrito Federal... las siguientes:

PRETENSIONES

a) Ampliación de los inventarios de la sucesión de mi finado hermano Ángel Joaquín Pérez Murillo, respecto de todo el dinero en efectivo y los intereses que tuviera el testador en cuentas bancarias, inversiones y cuentas bursátiles, en el país o en el extranjero, por las razones y causas que se expresan más adelante.

b) Como consecuencia de la ampliación de inventarios reclamada en la prestación que precede, la adjudicación en su caso, de los bienes que con motivo del presente juicio sean adicionados a los inventarios, en términos de lo establecido por la disposición testamentaria otorgada por mi finado hermano Ángel Joaquín Pérez Murillo, y especifico en la cláusula Primera, apartado 3 de ésta.

Fundo mi demanda, en las siguientes consideraciones de hecho:

HECHOS

Con motivo del deceso Ángel Joaquín Pérez Murillo el día quince de Junio de dos mil diez, en esta Ciudad de México, Distrito Federal, mediante escritura pública número 49,410, de fecha veinticuatro de agosto de dos mil diez, tirada ante la fe del Licenciado Rogelio Magaña Luna, Notario Público número 156 del Distrito Federal, se celebró la manifestación expresa de tramitar la sucesión testamentaria de mi finado hermano, el reconocimiento de la validez del testamento público abierto otorgado por el de cujus mediante escritura pública número 14,588, de fecha nueve de agosto de mil novecientos noventa y uno, en cuya cláusula Primera, apartado 3, instituyó a la suscrita, como heredera del diez por ciento de todo el dinero en efectivo y los intereses que tuviera el testador en cuentas bancarias, inversiones y cuentas bursátiles, en el país o en el extranjero; de los derechos hereditarios derivados del mismo; la aceptación de legados; la aceptación de herencia

así como la aceptación del cargo de albacea

Mediante escrituras públicas número 49613, 49659, 49699 y 50017 se llevaron a cabo las protocolizaciones de inventario y avalúo, adjudicaciones por herencia y compraventas respecto de los inmuebles ubicado en: calle La Joya, número doscientos treinta y cuatro, colonia Tepepan, delegación Tlalpan, México, Distrito Federal, Azores, lote dieciséis, manzana trescientos noventa y uno "A", colonia Portales, delegación Benito Juárez, México, Distrito Federal, departamento número mil ciento dos, nivel décimo, edificio Torreblanca, Conjunto Torreblanca del Sol, ubicado calle Majahua, número 25, colonia Puerto Márquez, Acapulco, Estado de Guerrero y la casa número cincuenta y dos, de la calle de Retorno de las Rosas, Sección VI o Lago, Fraccionamiento Lomas de Cocoyoc, Municipio de Atlatlahuacan, Estado de Morelos, integrantes de la masa hereditaria de mi finado hermano Ángel Joaquín Pérez Murillo.

En el inventario de la sucesión a bienes de mi finado hermano Ángel Joaquín Pérez Murillo, se ha omitido incluir las cuentas bancarias de las que yo tengo conocimiento era titular, y como consecuencia de ello, también se ha omitido dar cumplimiento a lo dispuesto por la cláusula Primera, apartado 3 del Testamento Público Abierto otorgado por mi hermano y que consta en escritura pública número 14,588, de fecha nueve de agosto de mil novecientos noventa y uno, tirada ante la fe del Licenciado Rogelio Magaña Luna, Notario Público número 156 del Distrito Federal, en el que me instituyó como heredera del diez por ciento de todo el dinero en efectivo y los intereses que tuviera el testador en cuentas bancarias, inversiones y cuentas bursátiles, en el país o en el extranjero.

NO SE OMITE SEÑALAR, QUE UNA CUENTA DE INVERSIÓN DE LA QUE LA SUSCRITA TIENE CONOCIMIENTO, ES LA NÚMERO 1FR-10032 DE MERILL LYNCH, PIERCE, FANNER & SMITH INCORPORATED, DE LA CUAL SE ANEXA ORIGINAL DEL ESTADO DE CUENTA EXPEDIDO CON DOS MESES DE ANTELACIÓN A LA FECHA DEL DECESO DEL AUTOR DEL LA SUCESIÓN; TODA VEZ QUE, LA INSTITUCIÓN DE REFERENCIA (MERILL LYNCH, PIERCE, FANNER & SMITH INCORPORATED,) SE ENCUENTRA UBICADA EN LOS ESTADOS UNIDOS DE AMÉRICA POR LO QUE CON LA FINALIDAD DE CONOCER EL ESTADO QUE GUARDA LA CUENTA REFERIDA EN EL PÁRRAFO QUE PRECEDE, SOLICITO ATENTAMENTE A SU SEÑORÍA, QUE A TRAVÉS DE LOS MEDIOS LEGALES Y DIPLOMÁTICOS CORRESPONDIENTES, SE REQUIERA A MERILL LYNCH, PIERCE, FANNER & SMITH INCORPORATED, CON DOMICILIO EN: 701B STREET (24), SAN DIEGO, CALIFORNIA, ESTADOS UNIDOS DE AMÉRICA, CÓDIGO POSTAL 92101; A EFECTO DE QUE POR VÍA DE INFORME, PRECISEN EN FORMA DETALLADA, EL ESTADO QUE GUARDA LA CUENTA EN COMENTO, ASÍ COMO EL SALDO A LA FECHA Y LOS MOVIMIENTOS, OPERACIONES, TRANSFERENCIAS, COBROS Y PAGOS, QUE A PARTIR DEL DECESO DE MI FINADO HERMANO HAN OBSERVADO LAS CUENTAS EN CUESTIÓN, ESPECIFICANDO CON PRECISIÓN, EL NOMBRE DEL TITULAR DE LA DIVERSA CUENTA, A DONDE HAYAN SIDO DIRECCIONADOS LOS FONDOS EN SU CASO, ASÍ COMO EL NOMBRE DE QUIEN ORDENÓ LA OPERACIÓN Y CALIDAD CON LA QUE SE OSTENTÓ, DEBIENDO REMITIR PARA EL EFECTO, COPIAS AUTORIZADAS DE LAS CONSTANCIAS QUE ACREDITEN SU DICHO; LO ANTERIOR, CONSIDERANDO QUE LAS CANTIDADES QUE EN NUMERARIO SE ENCUENTREN EN LAS CUENTAS DE REFERENCIA, FORMAN PARTE LA MASA HEREDITARIA DE MI FINADO HERMANO Y DE LA QUE LA SUSCRITA ES BENEFICIARIA EN TÉRMINOS DE LOS DISPUESTO POR EL TESTAMENTO OTORGADO.

A la cual le recayó el siguiente auto admisorio, que a la letra dice:------------------------------------

-------------México, Distrito Federal a trece de marzo del dos mil doce.-----------------------------

-------------A sus autos el escrito de cuenta de la promovente y copias de traslado que acompaña, a quien se le tiene desahogando la vista que se le mando dar en autos, en consecuencia como lo solicita, gírese de nueva cuenta la carta Rogatoria ordenada en auto de fecha seis de octubre del dos mil once, debiendo insertar en la misma que se ordena en cumplimiento a La convención de la Haya sobre la obtención de pruebas en el extranjero en materia civil o comercial, por lo que se deberá elaborar la carta rogatoria ordenada por triplicado, dirigiéndose la misma al DEPARTAMENTO DE JUSTICIA DE LOS ESTADOS UNIDOS DE AMERICA, atendiendo los requisitos que se señalan en el oficio que obra a foja 373 de los autos.-Notifíquese.-Lo proveyó y firma el C. Juez Noveno de lo Familiar.-Doy fe.-----------------------------------------------------------

-------------México, Distrito Federal a seis de octubre del año dos mil once.-----------------------------

-------------Con el escrito de cuenta, documentos y copias simples que se anexan, fórmese expediente y regístrese en el libro de Gobierno con el número que le corresponda. Se tiene a YOLANDA PEREZ MURILLO demandando en la VIA ORDINARIA CIVIL de ANGEL JOAQUIN PEREZ MURILLO (HOY SU SUCESIÓN), de GUADALUPE SOLSONA ANTON y ANGEL JOAQUIN PEREZ ORTEGA, ordenándose llamar al resto de los mencionados, toda vez que de las manifestaciones que refiere el cargo de Albacea ha concluido por existir adjudicación, por lo que se le tienen demandado las prestaciones que indica con fundamento en los artículos 255, 256 y demás relativos y aplicables del Código de Procedimientos Civiles, se admite la demanda promovida, con las copias simples exhibidas córrase traslado y emplácese al demandado para que produzca su contestación dentro del término de QUINCE DIAS, apercibido que de no hacerlo será declarado rebelde y se le tendrá por contestada la demanda en sentido negativo y se estará a lo preceptuado en el artículo 271 último párrafo del Código en cita. Se ordena reservar las pruebas que ofrece para su admisión en el momento procesal oportuno.-Respecto del oficio solicitado en el punto petitorio TERCERO y toda vez que ha acredito la solicitud de las mismas sin que se acredite la negación a la expedición de las mismas, por el momento no ha lugar a acordar de conformidad.- Respecto de los oficios que solicita en el hecho 8 inciso b) último párrafo a efecto de ordenar los mismos se deberá de señalar el REGISTRO FEDERAL DE CAUSANTES o CLAVE UNICA DEL REGISTRO DE POBLACION DEL DE CJUS a efecto de evitar informes de homónimos.- Gírese oficios a los CC. REPRESENTANTES LEGALES DE LA CASA DE BOLSA BANORTE S.A DE C.V GRUPO FINANCIERO BANORTE Y AL DE LA EMPRESA MERILL LYNCH, PIERCE, FANNER & SMITH INCORPORATED para que se informe el nombre de los beneficiarios y el porcentaje que corresponde a cada uno, así como el saldo, operaciones, transferencias, cobros y pagos en las cuentas a nombre de ANGEL JOAQUIN PEREZ MURILLO, para que dentro del término de CINCO DIAS informen lo solicitado; debiendo de acompañarse copias simples de los anexos que acompaña y que se refiere a dichas cuentas.- Tomando en consideración que el domicilio de de la segunda empresa mencionada se encuentra en SAN DIEGO, CALIFORNIA, ESTADOS UNIDOS DE NORTEAMERICA, con los insertos necesarios elabórese atenta CARTA ROGATORIA la cual queda a disposición de la interesada, para que en auxilio de las labores de este Juzgado, el Juez de dicha demarcación gire el oficio ordenado.- Tomando en consideración que el domicilio para emplazar a ANGEL JOAQUIN PEREZ ORTEGA y GONTRAN MAURICIO PEREZ ORTEGA, se encuentra fuera de los limites de jurisdicción de este Juzgado, con los insertos necesarios líbrese atento exhorto al C. JUEZ COMPETENTE EN QUERETARO y en COLIMA, para que en auxilio de las labores de este Juzgado, se sirva emplazar respectivamente a los codemandados ANGEL JOAQUIN PEREZ ORTEGA y GONTRAN MAURICIO PEREZ ORTEGA, requiriéndolos en el

momento de la diligencia también para que al momento de contestar la demanda señale domicilio para oír y recibir notificaciones dentro de los límites de jurisdicción de este Juzgado, ya que en caso de no hacerlo, las subsecuentes le surtirán por medio de boletín judicial, lo anterior de conformidad con lo dispuesto en el artículo 112 y 113 del código procesal en la materia.- Con fundamento en el artículo 109 del precepto legal antes mencionado, se concede plenitud de jurisdicción para que el Juez exhortado aplique las medidas de apremio y acuerde las promociones tendientes a la cumplimentación de la presente orden.-Con fundamento en lo dispuesto en el artículo 134 del Código de Procedimientos Civiles, se concede al primer mencionado UN DIAS MAS y a GONTRAN MAURICIO PEREZ ORTEGA CUATRO DIAS para contestar la demanda en razón de la distancia.- Por señalado domicilio para oír y recibir notificaciones.- Se tiene al profesionista del cual se indica su número de cedula profesional autorizado en términos del párrafo cuarto del numeral 112 del Código de Procedimientos Civiles, quien para tal efecto deberán registrar su cédula profesional ante este Juzgado en la primer diligencia en que intervengan, en la inteligencia que dicha facultad se reconoce con la sola finalidad de impulsar el procedimiento por lo que tal mandatario no podrá realizar actos de dominio ni administración, por tanto en caso de celebrarse convenio en autos, para recoger valores o bien en caso de desistimiento deberá ser ratificada dicha facultad por el promovente ante la presencia judicial.- Por autorizada a la persona mencionada, con excepción para recibir valores, toda vez que para ello, se requiere de poder notarial con clausula especial.-----

- - - Con fundamento en el artículo 28 del Reglamento del Sistema Institucional de Archivos del Tribunal Superior de Justicia y del Consejo de la Judicatura del Distrito Federal, se hace del conocimiento de las partes que una vez que concluya el presente juicio se procederá a su destrucción en el término de seis meses contados a partir de que se haya notificado la resolución mediante la que se dé por concluido el juicio, por lo que en dicho término las partes interesadas que hayan presentado o lleguen a presentar pruebas, muestras o documentos, una vez concluido el juicio deberán solicitar a este Juzgado la devolución de los mismos. Asimismo se hace saber que se encuentra a disposición de los interesados en el archivo de este Juzgado el Reglamento en cita para conocimiento del público.----------------------------------------------------------------------

- - - Con fundamento en lo dispuesto por el artículo 17 fracción I, inciso g), 38 y 39, segundo párrafo de la Ley de Transparencia y Acceso a la Información Pública del Distrito Federal, se requiere a los interesados para que en el término de tres días contados a partir de que surta efectos el presente proveído, otorguen su consentimiento por escrito para restringir el acceso público a su información confidencial, en el entendido de que su omisión a desahogar dicho requerimiento, establecerá su negativa para que dicha negativa sea pública.------------------------------

- - - "Se hace del conocimiento de las partes que el Tribunal Superior de Justicia del Distrito Federal, motivado por el interés de que las personas que tienen algún litigio cuenten con otra opción para resolver su conflicto, ha implementado como forma alternativa de solución de controversias- la Mediación, creando al efecto el Centro de Justicia Alternativa del Tribunal Superior de Justicia del Distrito Federal, ubicado en Niños Héroes 133 esquina Doctor Navarro, Colonia Doctores, Delegación Cuauhtémoc, con teléfono 5134 14 60, , donde se les atenderá en forma gratuita. Lo anterior con fundamento en lo dispuesto en los artículos 2, 5, 6 párrafos primero y segundo y 9 fracción VII de la Ley de Justicia Alternativa del Tribunal Superior de Justicia para el Distrito Federal. NOTIFIQUESE.- Lo proveyó y firma el C. Juez Noveno Familiar, ante la C. Secretaria Conciliadora, de conformidad con lo dispuesto por el artículo 60 de la Ley Orgánica de

este H. Tribunal que autoriza y da fe.-DOY FE.----------------------

------------------------------------------RUBRICAS.----------------------------------

LA AUTORIDAD QUE SUSCRIBE SOLICITA QUE LA AUTORIDAD REQUERIDA LE DEMANDE A MERILL LYNCH, PIERCE, FANNER & SMITH INCORPORATED, CON DOMICILIO EN : 701B ATREET (24), SAN DIEGO CALIFORNIA, ESTADOS UNIDOS DE AMÉRICA, CÓDIGO POSTAL 92101 EL CUMPLIMIENTO DE LOS SIGUIENTES:

INFORME DETALLADO DEL ESTADO QUE GUARDA LA CUENTA DE INVERSIÓN 1FR-10032 DE MERILL LYNCH, PIERCE, FANNER & SMITH INCORPORATED, ASÍ COMO EL SALDO A LA FECHA Y LOS MOVIMIENTOS, OPERACIONES, TRANSFERENCIAS, COBROS, PAGOS, QUE A PARTIR DEL DECESO DE MI FINADO HERMANO HA OBSERVADO LA CUENTA EN CUESTIÓN, ESPECIFICANDO CON PRECISIÓN, EL NOMBRE DEL TITULAR DE LA DIVERSA CUENTA, A DONDE HAYAN SIDO DIRECCIONADOS EN SU CASO, ASÍ COMO EL NOMBRE DE QUIEN ORDENÓ LA OPERACIÓN Y CALIDAD CON LA QUE SE OSTENTÓ PARA EL EFECTO, DEBIENDO REMITIR PARA EL EFECTO, COPIAS AUTORIZADAS DE LAS CONSTANCIAS QUE ACREDITEN SU DICHO.

Y PARA LO QUE POR MI MANDATO TENGA SU MAS EXACTO Y FIEL CUMPLIMIENTO EN NOMBRE DE LOS PODERES DE LA NACION DEL MIO Y DE ACUERDO A LOS TRATADOS INTERNACIONALES RESPECTIVOS, RUEGO A USTED QUE AL RECIBIR LA PRESENTE CARTA ROGATORIA EN AUXILIO DE LAS LABORES DE ESTE JUZGADO A MI CARGO SE SIRVA ORDENAR A QUIEN CORRESPONDA SE TRAMITE Y DILIGENCIEN EN SUS TERMINOS Y HECHO QUE SEA DEVOLVERLA CON LAS ANOTACIONES RESPECTIVAS, LE HAGO PRESENTE MI MAS ATENTA Y DISTINGUIDA CONSIDERACIÓN. DADA EN LA CIUDAD DE MEXICO, DISTRITO FEDERAL, A LOS VEINTIOCHO DIAS DEL MES DE MAYO DEL DOS MIL DOCE.

EL C. JUEZ NOVENO DE LO FAMILIAR
DEL DISTRITO FEDERAL



LIC. EDUARDO GARCIA RAMIREZ

LA C. SECRETARIA DE ACUERDOS "A"

LIC. NORMA VALDEZ GARCIA